AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| GoldenTree Master Fund, Ltd., et al.<br>*Plaintiff*<br>v.<br>The Commonwealth of Puerto Rico, et al.<br>*Defendant* | )<br>)<br>) Case No.  23-<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs (see attached list)

Date:   11/11/2023

*Attorney's signature*

Guillermo F. Deguzmán (USDC-PR No. 201309
*Printed name and bar number*
DE GUZMAN LAW OFFICES
P.O. Box 362738
San Juan, PR 00936-2738

*Address*

gdeguzman@dgglawpr.com
*E-mail address*

(787) 756-2765
*Telephone number*

(787) 756-4024
*FAX number*

**Plaintiffs:**

GoldenTree Master Fund, Ltd.
GTAM 110 Designated Activity Company
GoldenTree Distressed Master Fund III Ltd.
GoldenTree Distressed Master Fund 2014 Ltd.
GoldenTree Distressed Onshore Master Fund III LP
GoldenTree Structured Products Master Fund VII (2020) LP
GoldenTree Distressed Fund 2014 LP
GoldenTree Structured Products Opportunities Offshore Fund Extension Holdings, LLC
GoldenTree Multi-Sector Master Fund ICAV - GoldenTree Multi-Sector Master Fund Portfolio
GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund L.P.
GoldenTree 2017 K-SC, Ltd.
GoldenTree Structured Products Opportunities Domestic Fund Extension Holdings, LLC
FS Credit Income Fund
GoldenVest LLC
GoldenTree Multi-Sector Fund Offshore ERISA, Ltd.
GoldenTree Distressed Master Fund IV Ltd.
GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
GoldenTree Distressed Fund IV LP
GoldenTree Multi Sector-C LP
GoldenTree Structured Products - C II LP
GoldenTree Structured Products - C LP
GoldenTree V1 Master Fund, L.P.
GT Credit Fund LP
GT G Distressed Fund 2020 LP