# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**GOLDENTREE MASTER FUND, LTD.**, *et al.*,

    Plaintiffs

v.

**THE COMMONWEALTH OF PUERTO RICO**, *et al.*,

    Defendants.

No. 23-_____

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Plaintiffs inform the Court as follows:

GoldenTree Master Fund, Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GTAM 110 Designated Activity Company is a designated activity company (limited by shares) formed under the laws of Ireland.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Distressed Master Fund III Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Distressed Master Fund 2014 Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Distressed Onshore Master Fund III LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Structured Products Master Fund VII (2020) LP is an exempted limited partnership formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Distressed Fund 2014 LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Structured Products Opportunities Offshore Fund Extension Holdings, LLC is a limited liability company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Multi-Sector Master Fund ICAV - GoldenTree Multi-Sector Master Fund Portfolio A is an Irish collective asset-management vehicle formed under the laws of Ireland.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P. is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no

public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree 2017 K-SC, Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Structured Products Opportunities Domestic Fund Extension Holdings, LLC is a limited liability company formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

FS Credit Income Fund is a statutory trust formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenVest LLC is a limited liability company formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Multi-Sector Fund Offshore ERISA, Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Distressed Master Fund IV Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. is an exempted company formed under the laws of the Cayman Islands.  It does not have a parent corporation; no public

corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Distressed Fund IV LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Multi Sector-C LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Structured Products - C II LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree Structured Products - C LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GoldenTree V1 Master Fund, L.P. is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GT Credit Fund LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

GT G Distressed Fund 2020 LP is a limited partnership formed under the laws of Delaware.  It does not have a parent corporation; no public corporation owns 10% or more of its stock; and no subsidiary or affiliate has issued shares to the public.

AMERICAS 125577895

Syncora Guarantee Inc. is a wholly-owned subsidiary of Syncora FinanceCo LLC, which is owned by funds and accounts managed by GoldenTree Asset Management LP. No public corporation owns 10% or more of its stock; and no parent, subsidiary, or affiliate has issued shares to the public.

Dated: November 11, 2023
San Juan, Puerto Rico

Respectfully submitted,

**DE GUZMAN LAW OFFICES**

*/s/ Guillermo F. DeGuzmán*
Guillermo F. DeGuzmán, Esq.
USDC No. 201309

DE GUZMAN LAW OFFICES
P.O. Box 362738
San Juan, PR 00936-2738
Tel: (787) 756-2765
Fax: (787) 756-4024
gdeguzman@dgglawpr.com

**WHITE & CASE LLP**

*/s/ Jaime A. Bianchi*
Jaime A. Bianchi (*pro hac vice* forthcoming)
John K. Cunningham (*pro hac vice* forthcoming)
Keith Wofford (*pro hac vice* forthcoming)
WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, Florida 33131
Tel.:  (305) 371-2700
Fax:  (305) 358-5744
jbianchi@whitecase.com
jcunningham@whitecase.com
kwofford@whitecase.com

Thomas E Lauria (*pro hac vice* forthcoming)
Glenn M. Kurtz (*pro hac vice* forthcoming)
Thomas E. MacWright (*pro hac vice* forthcoming)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10036
Tel.:  (212) 819-8200
Fax:  (212) 354-8113
tlauria@whitecase.com
gkurtz@whitecase.com
tmacwright@whitecase.com

*Counsel for GoldenTree Plaintiffs*

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara*<br>Rafael Escalara<br>USDC-PR No. 122,609<br><br>*/s/ Carlos R. Rivera-Ortiz*<br>Carlos R. Rivera-Ortiz<br>USDC–PR No. 303,409<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Tel.: (787) 777-8888<br>Fax: (787) 765-4225<br>escalara@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com | By: */s/ Susheel Kirpalani*<br>Susheel Kirpalani (*pro hac vice* forthcoming)<br>Eric Kay (*pro hac vice* forthcoming)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100<br>susheelkirpalani@quinnemanuel.com<br>erickay@quinnemanuel.com |

*Counsel for Syncora Guarantee Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Guillermo F. DeGuzmán*
    Guillermo F. Deguzmán

AMERICAS 125577895